# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv30

| | |
|---|---|
| OCEAN'S FLAVOR FOODS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EXPORTADORA DE SAL, S.A. ) | |
| DE C.V., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Appointment of Special Process Server [Doc. 8].

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965 (the "Hague Convention"), and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Appointment of Special Process Server [Doc. 8] is **GRANTED**, and John Pierceall and agents of Ancillary Legal Corporation are hereby specially

appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the Summons and Complaint in this action for service on the Defendant in Mexico by mail and to the Minister of Foreign Affairs in Mexico pursuant to the Hague Convention.

**IT IS SO ORDERED.**

Signed: October 18, 2011

Martin Reidinger
United States District Judge